1044

[Nos. 24922-1-III; 24623-0-III;    Division Three.    July 17, 2008.]
    25637-5-III.

THELMA L. DRASZT, *as Trustee, Appellant*, v. DENA MARIE
NACCARATO ET AL., *Respondents*.

THELMA L. DRASZT, *as Trustee, Appellant*, v. MATTIE A.
KIVETT, *Respondent*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 05-2-00931-9 and 06-2-01599-6, Harold D. Clarke III and Jerome J. Leveque, JJ., entered January 5 and October 27, 2006. By unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J., judgment *affirmed* in appeal No. 24922-1-III, appeal No. 24623-0-III *dismissed* as moot, motion to *withdraw* appeal No. 25637-5-III *granted*. Now published at 146 Wn. App. 536.

[No. 26307-0-III.    Division Three.    July 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LEE BURNELL
GUERTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 06-1-00025-1, Salvatore F. Cozza, J., entered June 25, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 57810-3-I.    Division One.    July 21, 2008.]

LITTLE MOUNTAIN ESTATES TENANTS ASSOCIATION, *as Assignee*,
ET AL., *Appellants*, v. LITTLE MOUNTAIN ESTATES MHC,
LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-2-01295-0, Susan K. Cook, J., entered February 15, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schindler, C.J., concurred in by Agid and Appelwick, JJ. Now published at 146 Wn. App. 546.